**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 00-60348
Summary Calendar

MARIE HAYES,

Plaintiff-Appellant,

versus

ENTERGY OPERATIONS, INC.;
DON HINTZ; MIKE BAKARICH;
JOSEPH HAGAN; and RON MOOMAW,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Mississippi
5:99-CV-64-BN

September 21, 2000

Before POLITZ, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Marie Hayes appeals an adverse summary judgment in her action against

defendants under 42 U.S.C. § 1981, asserting racial discrimination in hiring,

compensation, and working conditions. Our review of the voluminous record,

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

briefs, and controlling law persuades that the trial court committed no reversible error in its ruling, including entry of the challenged summary judgment. To the contrary, on the basis of the facts as found, authorities cited, and legal analysis in the trial court's careful, thorough, and scholarly Opinion and Order which was signed, filed, and entered on March 2, 2000, the judgment appealed is AFFIRMED.